## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Kristina V Sinisi

    Debtor(s)

Green Tree Servicing, LLC, as servicer for Federal National Association (Fannie Mae)

    Movant(s),
vs.

Kristina V Sinisi, Debtor and Bob G Kearney, Trustee

    Defendant(s).

In Proceedings
Under Chapter 13

BK 11–41441–lkg

## ORDER GRANTING RELIEF FROM STAY

This matter is before the Court on a motion for relief from automatic stay filed on 1/13/2012; it appearing to the Court

☑ that the debtor has not filed an objection and/or has consented to the motion;

☑ that the Trustee has not filed an objection and/or has consented to the motion;

☐ other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: January 30, 2012                    /s/ Laura K. Grandy
                                                        UNITED STATES BANKRUPTCY JUDGE